AUSA Faris J. Hussein (312) 353-4156

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

FILED
NOV -5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### AFFIDAVIT OF WARRANT IN REMOVAL PROCEEDINGS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **07CR 729** |
| v. | ) | CASE NUMBER: |
| JUAN MANUEL GARCIA | ) | MAGISTRATE JUDGE VALDEZ |

The undersigned Affiant personally appeared before _Maria Valdez_, a United States Magistrate Judge, and being duly sworn on oath, states: That in the United States of America, in the Northern District of Indiana, on or about October 2, 2007, Juan Manuel Garcia was charged by Order of Court with a violation of Section 3606 of the United States Code, Title 18, for the offense of violations of conditions for offender under supervision, and that a Warrant (attached hereto) is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

Paul Peroutka
Deputy U.S. Marshal
United States Marshals Service

Subscribed and Sworn to before me this
5th day of November, 2007.

Maria Valdez
United States Magistrate Judge

AO 442 (Rev. 12/85) Warrant for Arrest

United States District Court

## NORTHERN DISTRICT OF INDIANA

| UNITED STATES OF AMERICA | |
|---|---|
| V. | WARRANT FOR ARREST |
| JUAN MANUEL GARCIA | CASE NUMBER: 2:97cr139 |

Received-USMS

OCT 0  2007

Hammond, In

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JUAN MANUEL GARCIA and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [X] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

VIOLATIONS OF CONDITIONS FOR OFFENDER UNDER SUPERVISION

in violation of Title 18 United States Code, Section(s) 3606

| STEPHEN R. LUDWIG | CLERK, U.S. DISTRICT COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | |
| Signature of Issuing Officer | October 2, 2007 at Hammond, Indiana |
| Deputy Clerk | Date and Location |

By Andrew P. Rodovich
Name of Judicial Officer

Bail fixed at $ N/A

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |