## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 729 | **DATE** | 11/5/2007 |
| **CASE TITLE** | USA vs. Juan Manuel Garcia | | |

**DOCKET ENTRY TEXT**

Removal proceeding held on 11/5/07 as to Juan Manuel Garcia. Defendant appears in response to the arrest on 11/5/07. Defendant informed of his rights. Gabriel Bankier Plotkin's oral motion for appointment of counsel for defendant for initial appearance only. Defendant waives identity hearing. Government's oral motion for detention is entered and continued to 11/6/07 at 2:00 p.m. Defendant to remain in custody pending detention hearing.

Docketing to mail notices.

00:15

| | | Courtroom Deputy Initials: | yp |
|---|---|---|---|