## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 729 | **DATE** | 11/6/2007 |
| **CASE TITLE** | USA vs. Juan Manuel Garcia | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 11/6/07 as to Juan Manuel Garcia. Court having review the financial affidavit and hereby appoints Gabriel Bankier Plotkin from Federal Defender Program as counsel for defendant for removal proceeding only. Oral argument heard in open court. For the reasons stated in open court, Court Orders defendant detained and removed the Northern District of Indiana as soon as possible to face the charges there pending against him. Government shall submit a detention order to chambers promptly.

Docketing to mail notices.

00:18

| | Courtroom Deputy Initials: | yp |
|---|---|---|