# FINANCIAL AFFIDAVIT

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
(Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

**LOCATION NUMBER**

IN THE CASE OF

US _____ VS. _____
JUAN MANUEL GARCIA

FOR    ND ILL
AT    CHICAGO

**DOCKET NUMBERS**

Magistrate

District Court
07 CR 729

Court of Appeals

PERSON REPRESENTED (Show your full name)

JUAN MANUEL GARCIA

1 ☒ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →)  ☒ Felony  ☐ Misdemeanor

SR Violation

**FILED**

NOV – 6 2007

CLERK, U.S. DISTRICT COURT

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### EMPLOYMENT

Are you now employed? ☒ Yes  ☐ No  ☐ Am Self Employed

Name and address of employer:  Julio Torres  (773·512·0059)

IF YES, how much do you earn per month? $ _$10/hr (30-40 hrs week)_    IF NO, give month and year of last employment    How much did you earn per month? $ _____

If married is your Spouse employed?  ☐ Yes  ☒ No

IF YES, how much does your Spouse earn per month? $ _____    If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

### ASSETS

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No

|  | RECEIVED | SOURCES |
|---|---|---|
| IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES | $ | |

**CASH**

Have you any cash on hand or money in savings or checking account ☒ Yes  ☐ No  IF YES, state total amount $ 300.00

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☒ Yes  ☐ No

|  | VALUE | DESCRIPTION |
|---|---|---|
| IF YES, GIVE THE VALUE AND DESCRIBE IT | $ 14,000 | Chrysler 300m (being repossesed) |

### DEPENDENTS

MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 6

List persons you actually support and your relationship to them

### OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| CAR DEBT | $ 14,000 | $ |
| RESTITUTION | $ 29,000 | $ |
| UTILITY BILLS | $ 500 | $ |
| PHONE | $ 300 | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _11·6·07_

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶