UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 07 CR 729 |
| v. ) | |
| ) | Magistrate Judge Valdez |
| JUAN MANUEL GARCIA ) | |
| ) | |

### DETENTION ORDER

THIS MATTER COMING TO BE HEARD on the motion of the United States for detention of the defendant, Juan Garcia. After hearing proffered evidence and argument of counsel, the Court finds by a preponderance of the evidence that defendant is a serious risk of flight, and that there are no conditions or combination of conditions of release that will reasonably assure his appearance as required. In support of this conclusion, the Court makes the following written findings (*see* 18 U.S.C. §3142(i)):

1. Based on the history and characteristics of defendant, including his lack of stable employment or residence, his July 2007 arrest on drug possession charges, and his repeated failure to maintain contact with the probation office since July 2007, the Court finds by a preponderance of the evidence that defendant is a serious risk of flight and that there are no conditions or combination of conditions of release that would reasonably assure against that risk.

2. The Court further finds that the proposed third party custodian, Ms. Pratts, is not appropriate due to the fact that Ms. Pratts once called the police to remove the defendant from her home.

3. The Court further notes that its reasoning was fully detailed on the record at the conclusion of the hearing.

IT IS HEREBY ORDERED THAT:

1. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant is to be afforded reasonable opportunity for private consultation with counsel; and,

3. On order of a court of the United States or on request of an attorney for the Government, the defendant shall be delivered to a United States marshal for purposes of an appearance in connection with a court proceeding.

*Maria Valdez*
Maria Valdez
United States Magistrate Judge

Date: November 7, 2007