CH

**FILED**

DEC 0 5 2007 PH
Dec 05 2007
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Sykes   C. Date of Delivery: 11/28/07 |
| 1. Article Addressed to:<br><br>Mr. Stephen R. Ludwig<br>Clerk<br>United States District Court<br>102 Robert A. Grant Federal Building<br>and United States Courthouse<br>204 South Main Street<br>South Bend, IN 46601<br><br>07cr729 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:     ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label)     7007 0710 0003 4410 4237 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540