



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604



**MICHAEL W. DOBBINS**
CLERK

November 26, 2007

Mr. Stephen R. Ludwig
Clerk
United States District Court
102 Robert A. Grant Federal Building
  and United States Courthouse
204 South Main Street
South Bend, IN 46601

RE: U.S.A. vs. Juan Garcia
Case No: 07cr729

Dear Clerk of Court:

Enclosed please find copies of the complete case file in connection with removal proceedings conducted in this District regarding the above named case:

(x) Docket Sheet                          ( ) Temporary Commitment

(x) Affidavit in Removal Proceedings      ( ) Final Commitment

(x) Financial Affidavit                   (x) Order of Removal

(x) Order appointing counsel              ( ) Order setting conditions of release

( ) CJA 20 Form                           (x) Detention Order

(x) Appearance form                       ( ) Appearance Bond

( ) Other                                 ( ) Pretrial Release Order

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

MICHAEL W. DOBBINS, CLERK

By: _____
Ellenore Duff, Deputy Clerk

*FILED*
DEC 3 2007
12-3-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT